IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DECKER, | No. 2:22-CV-0258-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| SHANNAH JOHNSON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's original complaint, ECF No. 1.

The Court is required to screen complaints brought by litigants who, as here, have been granted leave to proceed in forma pauperis. See 28 U.S.C. § 1915(e)(2). As explained in the Court's prior order, ECF No. 6, the complaint appears to state a variety of cognizable claims for relief against Defendants Ruiz and Johnson for excessive force but failed to state valid claims as against any other named defendant.[1] If the allegations are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action. The Court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until Plaintiff complies with this order.

---

[1] By separate findings and recommendations, the Court recommends that this action proceed as against Defendants Ruiz and Johnson only on Plaintiff's excessive force claims and that all other defendants and claims be dismissed.

1

Plaintiff is warned that failure to comply with this order may result in dismissal of the action. <u>See</u> Local Rule 110.

     Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court shall issue a summons in a civil case, the undersigned's new case documents, and an order setting this matter for an initial scheduling conference;

    2. The Clerk of the Court shall send Plaintiff the summons, two USM-285 forms, and a copy of the complaint;

    3. Within 15 days from the date of this order, Plaintiff shall complete the summons by indicating the addresses of the named Defendants and shall submit to the United States Marshal at the address indicated below the following documents:

     a. The completed summons;

     b. One completed USM-285 form for each named defendant;

     c. Three copies of the complaint; and

     d. Two copies of the Court's initial regarding scheduling order issued herewith;

    4. Within 20 days of the date of this order, Plaintiff shall file a notice indicating that the documents described above have been submitted to the United States Marshal, or a notice that Plaintiff intends to serve the summons and complaint without assistance from the United States Marshal;

    5. If Plaintiff seeks the assistance of the United States Marshal, the United States Marshal is directed to serve all process without pre-payment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the summons, complaint, and initial scheduling conference order on the Defendants at the addresses provided by Plaintiff; and

/ / /

/ / /

/ / /

6. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

Dated: July 31, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE